**Order filed May 27, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00933-CR

———————

### ANGEL HUMBERTO GARCIA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1566111**

## CONTINUING ABATEMENT ORDER

Appellant was represented by appointed counsel on appeal. On July 28, 2020, we ordered the trial court to hold a hearing to determine why counsel has not filed a brief in this matter. The trial court held a hearing on January 11, 2021 and forwarded us a copy of the record. During that hearing, the trial court allowed appellant's counsel to withdraw. However, the trial court did not appoint new counsel for appellant. Accordingly, we enter the following order.

We order the trial court to appoint new appellate counsel for appellant. The trial-court clerk shall prepare, certify, and file a supplemental clerk's record containing any orders permitting counsel to withdraw and appointing new counsel

to the clerk of this court. The supplemental clerk's record, if any, shall be filed within **15 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.